## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES J. BRUNSWICK, | ) | Case No. 12-11412-SBB |
| | ) | |
| and | ) | Chapter 13 |
| | ) | |
| JANICE L. BRUNSWICK, | ) | |
| | ) | |
| Debtor(s). | ) | |

## ORDER GRANTING MOTION FOR
## ADMINISTRATIVE CLOSURE OF CHAPTER 11 CASE

      This matter is before the Court on the Motion of Debtors, James J. Brunswick and Janice L. Brunswick, for Entry of Order Administratively Closing Chapter 11 case. Having reviewed the Motion and being fully advised in the premises,

IT IS ORDERED:

      That the Motion is granted. The Chapter 11 case of James J. Brunswick and Janice L. Brunswick is hereby closed. When Debtors have completed all required payments under their Confirmed Plan, they shall file a Motion to Reopen the Case for the purpose of filing the Chapter 11 Final Report and Motion for Final Decree along with L.B. Form 3022-1.2 and in such circumstances the filing fee for reopening will be waived.

    DATED   July 1, 2013

                                                    BY THE COURT:

                                                    Sidney B. Brooks,
                                                    United States Bankruptcy Judge