```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                            Case No. 12-11412-SBB
James J Brunswick                                                 Chapter 11
Janice L Brunswick
       Debtors                     CERTIFICATE OF NOTICE
District/off: 1082-1          User: ortegac                Page 1 of 3                   Date Rcvd: Jul 01, 2013
                              Form ID: pdf904              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2013.
db/db         +James J Brunswick,    Janice L Brunswick,    775 South Sedona Court,
                Grand Junction, CO 81506-1425
cr            +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
acc           +Terry L. Lacount,    Chadwick Steinkirchner Davis & Co.,    225 N. 5th Street #401,
                Grand Junction, CO 81501-2645
14027736      +Arrowhead Improvement Association, Inc,    P.O. Box 89,    Montrose, CO 81402-0089
14027738      +Bank Of America, N.a.,    450 American St,   Simi Valley, CA 93065-6285
14068693      +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
                20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
14233225       Bank of America, N.A.,    c/o Prober & Raphael,   Attorney for Secured Creditor,     P.O. Box 4365,
                Woodland Hills, CA 91365-4365
14102699      +Bank of America, N.A.,    400 National Way, SV 35,    PO Box 10232,    Simi Valley, CA 93065-6414
14027740      +Bill Me Later,    P.O. Box 105658,   Atlanta, GA 30348-5658
14067528      +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
14806590      +Capital One, N.A.,    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
14027741      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14027742      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14226602       FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
14266787      +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
14027747      +Hsbc/hrbrg,    Po Box 15521,   Wilmington, DE 19850-5521
14027748      +Johnson, Morgan & White,    6800 Broken Sound Parkway,    Boca Raton, FL 33487-5709
14027749      +Kain & Burke, PC,    P.O. Box 1981,   Grand Junction, CO 81502-1981
14027751       Office Depot, Inc.,    P.O. Box 630813,   Cincinnati, OH 45263-0813
14232874     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541)
14027752      +Remax Two Rivers Realty,    125 Grand Avenue, Ste. A,    Grand Junction, CO 81501-2251
14027753      +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
14139438      +U.S. Bank National Association,    c/o National Default Servicing Corp.,
                7720 N. 16th St., Ste 300,    Phoenix, AZ 85020-7404
14051389     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank, N.A.,    P.O. Box 5229,    Cincinnati, Ohio 45201-5229)
14027755      +Us Bank Home Mortgage,    777 E Wisconsin,   Milwaukee, WI 53202-5370
14027756       Us Bank/na Nd,    Cb Disputes,   Saint Louis, MO 63166
15244020      +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Jul 02 2013 00:07:09     Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
14282547      +E-mail/Text: bncmail@w-legal.com Jul 02 2013 00:07:56     BACK BOWL I LLC, SERIES C,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98101-3132
14068872      +E-mail/Text: bknotices@bankofthewest.com Jul 02 2013 00:07:02     BANK OF THE WEST,
                2527 CAMINO RAMON,   SAN RAMON,CA 94583-4213
14027739      +E-mail/Text: bknotices@bankofthewest.com Jul 02 2013 00:07:02     Bank Of The West,
                1450 Treat Blvd,    Walnut Creek, CA 94597-7579
14806590      +E-mail/Text: bnc@bass-associates.com Jul 02 2013 00:07:09     Capital One, N.A.,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
14187234      +E-mail/PDF: tacbnk@spike.dor.state.co.us Jul 02 2013 00:11:49     Colorado Dept of Revenue,
                Attn: Bankruptcy Unit,    1375 Sherman St, Rm 504,   Denver, CO 80261-2200
14042723       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2013 00:17:15     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
14027743      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2013 00:17:15     Discover Fin Svcs Llc,
                Po Box15316,   Wilmington, DE 19850-5316
14128551       E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2013 00:11:25     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14027744      +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2013 00:10:53     Gecrb/amazon,    Po Box 981400,
                El Paso, TX 79998-1400
14027745      +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2013 00:11:48     Gecrb/jcp,    Po Box 965005,
                Orlando, FL 32896-5005
14027746      +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2013 00:10:52     Gecrb/sams Club,    Po Box 965005,
                Orlando, FL 32896-5005
14266787      +E-mail/Text: bnc@bass-associates.com Jul 02 2013 00:07:09     HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
14027750      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 02 2013 00:06:53     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14216965      +E-mail/Text: bknotice@ncmllc.com Jul 02 2013 00:06:48     National Capital Management, LLC,
                agent for GE Capital Retail Bank,    8245 Tournament Drive,   Suite 230,    Memphis, TN 38125-1741
15244020      +E-mail/Text: bnc@bass-associates.com Jul 02 2013 00:07:09     eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 16
```

```
District/off: 1082-1            User: ortegac             Page 2 of 3               Date Rcvd: Jul 01, 2013
                                Form ID: pdf904           Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14343792*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
14027754*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH  45201)
14027737    ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2013**                         **Signature:**          *Joseph Speetjens*

```
District/off: 1082-1          User: ortegac             Page 3 of 3            Date Rcvd: Jul 01, 2013
                              Form ID: pdf904           Total Noticed: 39


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2013 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee Alan.Motes@usdoj.gov
              Alison  Berry    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bankruptcydept@cmsatty.com
              Alison  Berry    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as
               Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-45TI,
               Mortgage Pass-Through Certificates, Series 2006-45TI bankruptcydept@cmsatty.com
              Cynthia  Lowery-Graber    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-45TI,
               Mortgage Pass-Through Certificates, Series 2006-45TI bankruptcydept@cmsatty.com
              Karen J. Radakovich    on behalf of Debtor James J Brunswick karen@frascona.com,
               bankruptcyfjgg@gmail.com;pacer@frascona.com
              Karen J. Radakovich    on behalf of Debtor Janice L Brunswick karen@frascona.com,
               bankruptcyfjgg@gmail.com;pacer@frascona.com
              Patti H Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Patti H Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES J. BRUNSWICK, | ) | Case No. 12-11412-SBB |
| | ) | |
| and | ) | Chapter 13 |
| | ) | |
| JANICE L. BRUNSWICK, | ) | |
| | ) | |
| Debtor(s). | ) | |

---

**ORDER GRANTING MOTION FOR**
**ADMINISTRATIVE CLOSURE OF CHAPTER 11 CASE**

---

This matter is before the Court on the Motion of Debtors, James J. Brunswick and Janice L. Brunswick, for Entry of Order Administratively Closing Chapter 11 case. Having reviewed the Motion and being fully advised in the premises,

IT IS ORDERED:

That the Motion is granted. The Chapter 11 case of James J. Brunswick and Janice L. Brunswick is hereby closed. When Debtors have completed all required payments under their Confirmed Plan, they shall file a Motion to Reopen the Case for the purpose of filing the Chapter 11 Final Report and Motion for Final Decree along with L.B. Form 3022-1.2 and in such circumstances the filing fee for reopening will be waived.

DATED   July 1, 2013

BY THE COURT:

*/s/ Sid Brooks/*

Sidney B. Brooks,
United States Bankruptcy Judge